**For Clerk's Office Use**

| Judge UJM | Rec'd |

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

JAN 16 2024

LAURA A. AUSTIN, CLERK
BY: /s/ ABeeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**
or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Antoine L. Minor                                1386993
Plaintiff full name                             Inmate No.

v.                           CIVIL ACTION NO. 7:24CV47

_____
Defendant(s) full name(s)

_____

*****************************************************************

A. Current facility and address: Green Rock Correctional Center P.O. Box 1000 - Chatham, VA 24531

B. Where did this action take place? Circuit Court for the City of Richmond

C. Have you begun an action in state of federal court dealing with the same facts involved in this complaint?

_____ Yes          ✓ No

If your answer to A is Yes, answer the following:

1. Court: N/A
2. Case Number: N/A

D. Have you filed any grievances regarding the facts of this complaint?

_____ Yes          ✓ No

4

1. If your answer is Yes, indicate the result:

   N/A

2. If your answer is No, indicate why:

   Because I have a "Tort Claim" in litigation, Federal Habeas Corpus in litigation, and Actual Innocence in the Court of Appeals of Virginia.

E. Statement of Claims(s): State briefly the facts in this complaint. Describe what actions(s) each defendant took in violation of your federal rights and include the relevant dates and places. Do not give an y legal arguments or cite any cases or statutes. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

I am a Innocent Layman with violations of: My 4th, 5th, 6th, and 14 Amendments, Due Process, Equal Rights Protection, Ineffective Assistance of Counsel, Prosecutorial Misconduct, Insufficient Evidence, No evidence of penetration,

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

* Look at Ex-C VCU Medical Records + Facebook Records *
No DNA evidence, No 911 phone call, Dismissal of my State Habeas Corpus, Appeal Attorney withdrew from my Appeal, Strickland Claim, Brady Claim, Jackson Claim, Etc.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes. Unlawful Detainment, Protection Rights, Punitive Damages, Monetary Damages, Capacity for Individual, Capacity for Official, Tort Claim, Actual Innocence Claim, Expungment, Exoneration, Clean my Whole Background Record

G. If this case goes to trial do you request a trial by jury? ✓ Yes ___ No

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: January 9, 2024    SIGNATURE: (without prejudice) Antoine L. Minor

5

VERIFICATION:

I, _Antoine L. Minor #1386993_ state that I am the plaintiff in this action and I know the content of the above complaint that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that is was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if that complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

(without prejudice)

DATED: _January 9, 2024_    SIGNATURE: _Antoine L. Minor_

6

Patoine L. Minor #1386,993
VA DOC Centralized Mail Distribution Center
3521 Woods Way
State Farm, VA 23160

Attn: Honorable Deputy Clerk
United States District Court (Western)
210 Franklin Road, SW, Suite 540
Roanoke, VA 24011-2208



US POSTAGE
ZIP 24531
$ 002.07
JAN 10 2024